MAIZIE B. WILBERDING, Appellant, *v.* LOBSTER, OYSTER AND CHOP HOUSE, INC., Respondent.

Argued March 1, 1939; decided April 4, 1939.

*Jacob Krisel* and *George Lessall* for appellant.

*William B. Shelton* and *William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.